**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TECHNOLOGIES PROPERTIES LIMITED, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTION ELECTRONICS CO., LTD., AMERICA ACTION, INC., AIPTEK INTERNATIONAL, INC., AIPTEK, INC., ALURATEK, INC., AUDIOVOX CORPORATION, CEIVA LOGIC, INC., CIRCUS WORLD DISPLAYS LTD., COBY ELECTRONICS CORPORATION, CURTIS INTERNATIONAL, LTD., DIGITAL SPECTRUM SOLUTIONS, INC., EASTMAN KODAK COMPANY, MUSTEK SYSTEMS, INC., MUSTEK, INC., NEXTAR INC., PANDIGITAL, INC., ROYAL CONSUMER INFORMATION PRODUCTS, INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, TRANSCEND INFORMATION, INC., TRANSCEND USA, VIEWSONIC CORPORATION, WIN ACCORD, LTD. and WINACCORD USA, INC.,<br><br>    Defendants. | CASE NO.: 2:11-cv-372-TJW<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE FOR DISMISSAL WITH PREJUDICE

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Technology Properties Limited LLC voluntarily dismisses Defendant Curtis International, Ltd. with prejudice, the Defendant having served neither an answer nor a motion for summary judgment.

Dated: January 18, 2012                         Respectfully submitted,

                                By:  /s/ Andrew W. Spangler
                                     Andrew W. Spangler
                                     State Bar No. 24941960
                                     spangler@spanglerlawpc.com
                                     Spangler Law PC
                                     208 N. Green St., Suite 300

Longview, TX  75601
Bus:  (903) 753-9300
Fax:  (903) 553-0403

**Co-Counsel:**
James C. Otteson
CA Bar No. 157781
(Admitted E.D. Texas)
jim@agilityiplaw.com

David A. Caine
CA Bar No. 218074
(Admitted E.D. Texas)
dacaine@agilityiplaw.com

Thomas T. Carmack
CA Bar No. 229324
(Admitted E.D. Texas)
tom@agilityiplaw.com

Agility IP Law
1900 University Circle, Suite 201
East Palo Alto, CA  94303
Bus:  650-227-4800
Fax:  650-318-3483

Attorneys for Plaintiff
Technologies Properties Limited, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 18, 2012                                         /s/Andrew W. Spangler
                                                         Andrew W. Spangler