# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TECHNOLOGIES PROPERTIES LIMITED, LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ACTION ELECTRONICS CO., LTD., AMERICA ACTION, INC., AIPTEK INTERNATIONAL, INC., AIPTEK, INC., ALURATEK, INC., AUDIOVOX CORPORATION, CEIVA LOGIC, INC., CIRCUS WORLD DISPLAYS LTD., COBY ELECTRONICS CORPORATION, CURTIS INTERNATIONAL, LTD., DIGITAL SPECTRUM SOLUTIONS, INC., EASTMAN KODAK COMPANY, MUSTEK SYSTEMS, INC., MUSTEK, INC., NEXTAR INC., PANDIGITAL, INC., ROYAL CONSUMER INFORMATION PRODUCTS, INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, TRANSCEND INFORMATION, INC., TRANSCEND USA, VIEWSONIC CORPORATION, WIN ACCORD, LTD. and WINACCORD USA, INC.,<br><br>　　　Defendants. | CASE NO.: 2:11-cv-372-TJW<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE FOR DISMISSAL WITH PREJUDICE

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Technology Properties Limited LLC voluntarily dismisses Defendant ViewSonic Corporation with prejudice, the Defendant having served neither an answer nor a motion for summary judgment.

Dated: January 24, 2012　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Andrew W. Spangler
　　　　　　　　　　　　　　　　　　　　　　　　Andrew W. Spangler
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24941960
　　　　　　　　　　　　　　　　　　　　　　　　spangler@spanglerlawpc.com
　　　　　　　　　　　　　　　　　　　　　　　　Spangler Law PC
　　　　　　　　　　　　　　　　　　　　　　　　208 N. Green St., Suite 300

Longview, TX  75601
Bus:  (903) 753-9300
Fax:  (903) 553-0403

**Co-Counsel:**
James C. Otteson
CA Bar No. 157781
(Admitted E.D. Texas)
jim@agilityiplaw.com

David A. Caine
CA Bar No. 218074
(Admitted E.D. Texas)
dacaine@agilityiplaw.com

Thomas T. Carmack
CA Bar No. 229324
(Admitted E.D. Texas)
tom@agilityiplaw.com

Agility IP Law
1900 University Circle, Suite 201
East Palo Alto, CA  94303
Bus: 650-227-4800
Fax: 650-318-3483

Attorneys for Plaintiff
Technologies Properties Limited, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 24, 2012                                        /s/Andrew W. Spangler
                                                        Andrew W. Spangler