**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 2:11-CV-372-JRG |
| ACTION ELECTRONICS CO., LTD., et al, | § § § | |
| Defendants. | § § | |

**ORDER**

The Court enters this Order *sua sponte*.  According to the Court's docket, this case was stayed pending another proceeding in 2011, and the last substantive activity in this case occurred in October of 2012.  In accordance with Local Rule CV-41, Plaintiff Technology Properties is ORDERED to show cause within 30 days of the date of this Order why this action should not be dismissed for failure to prosecute the claims, if any, remaining at issue.  Should the Parties jointly agree that the case should not be dismissed, they should submit a joint case status report within the same time period, including a proposed schedule for promptly resuming proceedings.

   **So ORDERED and SIGNED this 3rd day of September, 2014.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE