**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TECHNOLOGIES PROPERTIES LIMITED, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>ACTION ELECTRONICS CO., LTD., ET AL,<br><br>      Defendants. | CASE NO.:  2:11-cv-00372-JRG |

**PLAINTIFF TECHNOLOGY PROPERTIES LIMITED, LLC'S**
**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

     Pursuant to Local Rule 11(d), the law firm of Agility IP Law, as well as its attorneys James C. Otteson and Thomas T. Carmack, hereby move for an order allowing withdrawal from this case as counsel of record for Plaintiff Technologies Properties Limited, LLC ("TPL").  TPL has been notified of Agility IP Law's withdrawal.  Agility IP Law's withdrawal will not create any delay or prejudice to the continued litigation of this case.

Dated:  September 18, 2014          Respectfully submitted,

                                         By:  /s/ Thomas T. Carmack
                                               James C. Otteson
                                             CA Bar No. 157781
                                             (Admitted E.D. Texas)
                                             jim@agilityiplaw.com
                                             Thomas T. Carmack
                                             CA Bar No. 229324
                                             (Admitted E.D. Texas)
                                             tom@agilityiplaw.com
                                             Agility IP Law, LLP
                                             149 Commonwealth Drive
                                             Menlo Park, CA  94025
                                             Bus:  650-227-4800
                                             Fax:  650-318-3483

**Co-Counsel:**

Andrew W. Spangler
State Bar No. 24941960
spangler@spanglerlawpc.com
Spangler Law PC
208 N. Green St., Suite 300
Longview, TX  75601
Bus:  (903) 753-9300
Fax:  (903) 553-0403

Attorneys for Plaintiff
Technologies Properties Limited, LLC

**CERTIFICATE OF CONFERENCE**

I certify that on September 17 and 18, 2014, counsel for TPL conferred with counsel of record for all remaining Defendants (Sony Corporation and Sony Corporation of America) regarding this motion.   Defendants do not oppose this motion.

/s/ Thomas T. Carmack
Thomas T. Carmack

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service Local Rule CV-5(a)3(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile, and/or U.S. First Class Mail this 18th day of September, 2014.

                                                  */s/ Thomas T. Carmack*
                                                  Thomas T. Carmack